UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No: 07-52000 |
| CHARLES JOE COLBURN | | |
| SPRING YVONNE COLBURN | : | Chapter 13 |
| | : | Judge: CHARLES M. CALDWELL |

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated: July 26, 2011                    /s/ Frank M. Pees
                                        Frank M. Pees
                                        Chapter 13 Trustee

**Name and Address**                                      **Amount**

CHARLES JOE COLBURN & SPRING                              4.48
YVONNE COLBURN
2850 PARRETT RD
GREENFIELD, OH  45123